AO 91 (Rev. 02/09) Criminal Complaint            *Felony*

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States␣of␣America
v.

1. Miguel ECHEVARRIA-Zuniga
2. Miguel ECHEVARRIA-Guizar

*Defendant*

United States District Court
Southern District of Texas
FILED

SEP 0 5 2014

David J. Bradley, Clerk of Court

Case No. B-14-834-MJ

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of **August 14, 2014** in the county of **Cameron** in the **Southern** District of **Texas**, the defendant violated **21** U.S.C. § **841 and 846**,

an offense described as follows:

Knowingly and intentionally possess with the intent to distribute approximately 4244.66 kilograms of marijuana, a Schedule I, Title II, of the Controlled Substance Act. Furthermore, the defendant did knowingly and intentionally conspire and agree with persons known and unknown to unlawfully possess with intent to distribute approximately 4244.66 kilograms of marijuana, a Schedule I, Title II, of the Controlled Substance Act,

This criminal complaint is based on these facts:

On August 14, 2014, Homeland Security Investigations Special Agents and U.S. Border Patrol Agents arrested 14 undocumented aliens near an abandoned agriculture building near County Road 10 and Farm to Market Road 490 in rural Willacy County. During the search of the property, agents encountered a marijuana grow field with approximately 11,500 marijuana plants. Agents discovered that two of the aliens, Miguel ECHEVARRIA-Zuniga and Miguel ECHEVARRIA-Guizar, falsely claimed to be part of the group of 12 aliens that were being smuggled. Agents found several items at the marijuana grow field and a nearby camp site, including farming implements and containers. These items were removed and packaged to preserve for fingerprint analysis. On August 27, 2014, the items were sent to the U.S. Customs and Border Protection Southwest Regional Science Center in Houston, Texas for fingerprint extraction. On September 5, 2014, positive results were reported for fingerprints matching ECHEVARRIA-Zuniga and EHCEVARRIA-Guizar on items found in the marijuana grow and camp site. Agents also discovered that ECHEVARRIA-Zuniga rented a storage unit near Weslaco, Texas. A search of the storage unit revealed purchase receipts for items, including pvc piping and insecticide, that were similar to items found at the marijuana grow field.

☐ Continued on the attached sheet.

*Complainant's signature*
Luz A. González, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 5, 2014

City and state: Brownsville, Texas

*Judge's signature*
Ignacio Torteya, III, U.S. Magistrate Judge
*Printed name and title*